**Order entered May 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00183-CV

### SANTOS NAVARRO ROSALES, Appellant

### V.

### LONE STAR CORRUGATED CONTAINER CORPORATION, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14021**

## ORDER

Before the Court is appellee's May 7, 2019 motion to extend time to file brief. We

**GRANT** the motion and **ORDER** appellee's brief be filed no later than June 3, 2019.

/s/     ERIN A. NOWELL
        JUSTICE